IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| ROSA BRANDON, ) | |
| ) | Case No. 4:05cv00010 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | By: Jackson L. Kiser |
| ) | Senior United States District Judge |
| Defendant. ) | |
| ) | |
| ) | |

Before me is the Report and Recommendation of the United States Magistrate Judge recommending that an order enter granting Plaintiff's Motion for Extension of Time entered on August 25, 2005 to file her brief in support of her Motion for Summary Judgment. It appearing that the Defendant has no objection to Plaintiff's motion to extend, the Magistrate's recommendation is adopted and the Motion is **GRANTED**.

The time for Plaintiff to file her brief in support of her Motion for Summary Judgment is extended until Friday, September 23, 2005. The Defendant will have until Friday, October 21, 2005 to respond to Plaintiff's Motion for Summary Judgment. The Motion to Extend also renders moot the Defendant's Motion to Dismiss. Therefore, and because the Defendant does not object, the Defendant's Motion to Dismiss is dismissed as moot.

The Clerk is hereby instructed to send a copy of this Order to Magistrate Judge Crigler and to all counsel of record.

Entered this 16th day of September, 2005.

                                                  s/Jackson L. Kiser
                                                  Senior United States District Judge