CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

SEP 2 3 2005

JOHN F. CORCORAN, CLERK
BY: HMcDonac
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| ROSA BRANDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No.: 4:05cv00010 |
| v. | ) |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL

Plaintiff has indicated her desire to voluntarily dismiss this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). Accordingly, plaintiff, Rosa Brandon and defendant, Commissioner of Social Security, by counsel, hereby agree and stipulate that this action is hereby DISMISSED without prejudice. Each party agrees to bear its own costs and attorney's fees.

This case is hereby DISMISSED, WITHOUT PREJUDICE.

Entered on the 23rd of Sept., 2005.

Senior United States District Judge

s/Joel C. Cunningham, Jr. Esq.
Joel C. Cunningham, Jr., P. C.
Counsel for Plaintiff